16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Hughes* and *Arthur C. Rounds* for appellant.

*Philip J. Britt* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: GRAY and CULLEN, JJ.

---

JESSE STREETS, Appellant, *v.* THE GRAND TRUNK RAILWAY COMPANY et al., Respondents.

*Streets* v. *Grand Trunk Ry. Co.,* 76 App. Div. 480, affirmed.
(Argued February 15, 1904; decided March 4, 1904.)

APPEAL from a judgment, entered December 11, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendants.

*John Cunneen* for appellant.

*William L. Marcy, Adelbert Moot* and *Charles A. Pooley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.

---

WALTER S. STROWGER et al., Respondents, *v.* THE AMERICAN BONDING AND TRUST COMPANY OF BALTIMORE CITY, Appellant, Impleaded with Another.

*Strowger* v. *American Bonding & Trust Co.,* 79 App. Div. 644, affirmed.
(Argued February 17, 1904; decided March 4, 1904.)

APPEAL from a judgment, entered February 10, 1903, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's excep-

tions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiffs upon the verdict.

*Nathaniel Foote* for appellant.

*Walter S. Hubbell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

LUCY BOLSTER, Respondent, *v.* ITHACA STREET RAILWAY COMPANY, Appellant.

*Bolster* v. *Ithaca Street Ry. Co.*, 79 App. Div. 239, affirmed.
(Argued February 18, 1904; decided March 4, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1903, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*E. A. Denton* for appellant.

*Myron N. Tompkins* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Accounting of CAROLINE BLISH THOMPSON et al., as Administrators of the Estate of FRANK THOMPSON, Deceased, Respondents.

EMMA THOMPSON SMITH et al., Appellants; RHODA THOMPSON et al., Respondents.

*Matter of Thompson*, 87 App. Div. 609, affirmed.
(Argued February 19, 1904; decided March 4, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered Jan-